445 F.2d 4
 Malcolm J. SAULSBURY, II, Petitioner-Appellant,
v.
UNITED STATES of America, respondent-Appellee.
 No. 71-1666 Summary Calendar.*
 United States Court of Appeals, Fifth Circuit.
 July 30, 1971.
 
 Jack M. Kinnebrew, Dallas, Tex., for petitioner-appellant.
 Eldon B. Mahon, U.S. Atty., Charles D. Cabaniss, William F. Sanderson, Jr., Asst. U.S. Attys., Dallas, Tex., for respondent-appellee.
 Appeal from the United States District Court for the Northern District of Texas; William M. Taylor, Jr., District Judge.
 Before THORNBERRY, MORGAN and CLARK, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See local Rule 21.[1]
 
 
 *
 Rule 18, 5th Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5th Cir. 1970, 431 F.2d 409, Part I
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5th Cir. 1970, 430 F.2d 966